IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

                                              ORDER

v.                                            10-cr-50-wmc[1]

VINCENT A. GROFF,

        Defendant.

---

On July 19, 2010, defendant Vincent A. Groff pled guilty to one count of knowingly and intentionally conspiring and agreeing to manufacture methamphetamine. Groff had previously moved to suppress evidence seized pursuant to a search warrant. On July 13, 2010, Magistrate Judge Stephen L. Crocker, issued a report and recommendation finding that there was probable cause to support the search warrant for Groff's residence and that the good faith doctrine would prevent suppression of the evidence even if probably cause had been lacking.

Pursuant to 28 U.S.C. § 636(b)(1)(c), any objections to the recommendation were to be filed no later than July 23, 2010. No objections have been filed. Accordingly, the Court will adopt the Magistrate Judge's report and recommendation and deny Groff's motion to suppress evidence because there was probable cause to support the search warrant. *See United States v. Dismuke*, 593 F. 3d 582, 586 (7th Cir. 2010).

---

[1] This case was reassigned to Judge William Conley pursuant to a March 31, 2010 administrative order.

ORDER

IT IS ORDERED that:

    1. The Magistrate Judge's recommendation is ADOPTED.

    2. Defendant Groff's motion to suppress evidence is DENIED.

Entered this 6th day of August, 2010.

                      BY THE COURT:

                      /s/

                      _____
                      WILLIAM M. CONLEY
                      District Judge